IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| AMY ILER, ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> WAL-MART STORES EAST, L.P., ) <br> And WALMART INC, ) <br> ) <br> ) <br> **Defendants.** ) <br> ) | CIVIL ACTION <br> FILE NO.: 3:21-cv-00038-CDL |

## NOTICE OF SETTLEMENT

**COME NOW** the parties in the above-styled action and hereby provide notice to the Court that this case has settled.

This 2nd day of September, 2022.

| *Counsel for Plaintiff* | *Counsel for Defendants* |
|---|---|
| /s/ Charles W. Ruffin | /s/ Ernest L. Beaton, IV |
| Michael Ruppersburg | Ernest L. Beaton, IV |
| Georgia Bar No. 432211 | Georgia Bar No. 213044 |
| mr@bbga.com | ebeaton@mmatllaw.com |
| Charles W. Ruffin | |
| Georgia Bar No. 829668 | |
| cruffin@bbga.com | |
| | |
| **BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.** | **McLAIN & MERRITT, PC** |
| | |
| P.O. Box 832 | 3445 Peachtree Rd., NE |
| Athens, GA 30603 | Suite 500 |
| (706) 354-4000 | Atlanta, GA 30326 |
| | (404) 266-9171 |

## CERTIFICATE OF SERVICE

The undersigned, counsel for Plaintiff in the above civil action, hereby certifies that he has this day served Defendant with a copy of the foregoing **NOTICE OF SETTLEMENT** via the CM/ECF system, which will deliver a copy of said document to the following:

Ernest L. Beaton, IV
McLain & Merritt, P.C.
3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
ATTORNEY FOR DEFENDANT

This 2nd day of September, 2022.

**BLASINGAME, BURCH, GARRARD
& ASHLEY, P.C.**

By:   */s/ Charles W. Ruffin*
Michael Ruppersburg
Georgia Bar No.: 432211
mr@bbga.com
Charles W. Ruffin
Georgia Bar No.: 829668
cruffin@bbga.com

P.O. Box 832
Athens, GA 30603
(706) 354-4000