# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| AMY ILER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO.: 3:21-cv-00038-CDL |
| | ) |
| WAL-MART STORES EAST, L.P., | ) |
| And WALMART INC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Amy Iler and Defendants Wal-Mart Stores East, L.P. and Walmart Inc., pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action is dismissed with prejudice.

Respectfully submitted, this 28th day of September, 2022.

| | |
|---|---|
| **BLASINGAME, BURCH,** | **McLAIN & MERRITT, P.C.** |
| **GARRARD & ASHLEY, P.C.** | |
| | |
| */s/ Michael Ruppersburg* | */s/ Ernest L. Beaton IV* |
| Michael Ruppersburg | Ernest L. Beaton IV |
| Georgia Bar No. 432211 | Georgia Bar No. 213044 |
| Charles W. Ruffin | *Counsel for Defendants* |
| Georgia Bar No. 829668 | |
| *Counsel for Plaintiff* | |
| | |
| P.O. Box 832 | 3445 Peachtree Road, N.E. Suite 500 |
| Athens, GA 30603 | Atlanta, GA 30326 |
| (706) 354-4000 | (404) 266-9171 |
| mr@bbga.com | cruffin@bbga.com | ebeaton@mmatllaw.com |

1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| AMY ILER, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO.: 3:21-cv-00038-CDL |
| | ) |
| WAL-MART STORES EAST, L.P., | ) |
| And WALMART INC, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the within and foregoing STIPULATION OF DISMISSAL WITH PREJUDICE upon counsel for all parties via CM/ECF electronic filing system and electronic mail as follows:

Ernest L. Beaton, IV
McLain & Merritt, P.C.
3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
ebeaton@mmatllaw.com

This 28th day of September, 2022.

**BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.**

*/s/ Michael Ruppersburg*
Michael Ruppersburg
Georgia Bar No. 432211
Charles W. Ruffin
P.O. Box 832                                  Georgia Bar No. 829668
Athens, GA 30603                          *Counsel for Plaintiff*
(706) 354-4000
mr@bbga.com | cruffin@bbga.com